**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DIANSY FLORES RODRIGUEZ,

Petitioner,

v.

3:26cv0872

ELECTRONICALLY FILED

MARKWAYNE MULLIN, ET AL.,

Respondents.

**JUDGMENT ORDER**

AND NOW, this 21st day of May, 2026, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, Judgment is entered in favor of Petitioner and against Respondents only as specified in the Memorandum Order issued this day.

The Clerk of Court is directed to mark this case administratively CLOSED.

SO ORDERED this 21st day of May, 2026,

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: ECF Counsel of Record